1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  CARO MARKS, CA Bar #159267
   Senior Litigator
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LOUIS SALAS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) NO. CR-S-05-474 GEB
                                )
14              Plaintiff,      )
                                ) STIPULATION AND [PROPOSED] ORDER
15      v.                      )
                                )
16 LOUIS SALAS,                 ) Date:   March 24, 2006
                                ) Time:   9:00 a.m.
17              Defendant.      ) Judge:  Hon. Garland E. Burrell
                                )
18 _____)

19
        The United States of America, and the defendant, Louis Salas, through
20
   his counsel, hereby stipulate that this matter may be continued from Friday,
21
   February 24, 2006, to Friday, March 24, 2006 at 9:00 a.m., for the following
22
   reasons:
23
        The defense has requested records of prior convictions from Wisconsin
24
   and New Hampshire which she has not yet received. Defense counsel has also
25
   requested that Probation conduct a pre-plea criminal history calculation, and
26
   Probation requests approximately 30 days to complete it.
27
   ///
28

1  The parties stipulate and agree that time under the Speedy Trial Act
2 should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
3 Code T-4, to allow counsel reasonable time to prepare.
4 Dated: March 10, 2006

```
                                        Respectfully submitted,
                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LOUIS SALAS
```

12 Dated: March 10, 2006

```
                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Laurel White
                                        _____
                                        LAUREL WHITE
                                        Assistant U.S. Attorney
```

### ORDER

**IT IS SO ORDERED.**

Dated:  March 10, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```

2