McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2780

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-05-00474 GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| LOUIS ANGEL SALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on April 26, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Louis Angel Salas forfeiting to the United States the following property:

    a.   HP Pavilion 500 computer, S.N. KR15D02227, and

    b.   Maxtor Hard Drive, S.N. Y30GSLJE.

AND WHEREAS, on May 11, 18, and 25, 2006, the United States published notice of the Court's Preliminary Order of Forfeiture in The Daily Democrat (Yolo County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to

1  petition the court within thirty (30) days of the publication date
2  for a hearing to adjudicate the validity of their alleged legal
3  interest in the forfeited property;
4      AND WHEREAS, the Court has been advised that no third party has
5  filed a claim to the subject property, and the time for any person
6  or entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.  A Final Order of Forfeiture shall be entered forfeiting to
9  the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
11 of according to law, including all right, title, and interest of
12 Louis Angel Salas.
13     2.  All right, title, and interest in the above-listed property
14 shall vest solely in the United States of America.
15     3.  The United States shall maintain custody of and control
16 over the subject property until it is disposed of according to law.
17 Dated:  November 6, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge